## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**MARINA SOLIMAN**, on behalf of herself
and all others similarly situated,

Case No.: 3:19-cv-00592-JAM

    **Plaintiff,**

    vs.

**SUBWAY FRANCHISEE ADVERTISING
FUND TRUST LTD.**, and DOES 1 through 20,
inclusive, and each of them,

    **Defendants**

JULY 23, 2019

## MOTION FOR ADMISSION

Pursuant to Local Rule 83.1(d) the undersigned counsel, as a member of the Bar of this Court, moves that Todd M. Friedman be permitted to represent Plaintiffs in this action as a visiting lawyer. This motion is being filed on consent from opposing counsel. In support of this motion, the undersigned sponsoring lawyer represents as follows:

    1.    Mr. Friedman is an attorney in good standing with the bars of the State of California, the State of Illinois, and the State of Pennsylvania. He has his own private law practice located at 21550 Oxnard St., Suite 780, Woodland Hills, CA 91367; Tel. (323)306-4234; Fax (866)633-0228; email: tfriedman@toddflaw.com.

    2.    As the accompanying affidavit of Mr. Friedman demonstrates, he is a member in good standing of the bars of the State of California, State Bar No. 216752, the State of Illinois Registration No. 6276496, and the State of Pennsylvania, Registration No. 310961; in the United States District Court for the Southern District of California; in the United States District Court for the Eastern District of California; in the United States District Court for the Central District

of California; in the United States District Court for the Northern District of California; and in the United States Court of Appeals for the Ninth Circuit (no membership numbers).

     3.     He has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing and has never been denied admission by, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this or any other court, while facing a disciplinary complaint.

     4.     He has fully reviewed and is familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

     5.     He has also designated me as his agent for the service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of his admission to this Court.

     6.     I have been admitted to this Court since 1995, have an office in Stamford, Connecticut and I have litigated complex cases in this Court.  I will be the member of the bar of this Court upon whom service of all papers shall be made and, as noted above, will act as Mr. Friedman's agent for service of process.

     7.     The granting of this motion will not require modification of a scheduling order entered pursuant to Fed. R. Civ.P. 16(b) or the deadlines established by the standing order on scheduling in civil cases.

     8.     A payment of $75.00 to the Clerk of this Court is submitted to admit Mr. Friedman *pro hac vice*.

9. This motion is accompanied by an Affidavit, duly sworn and executed by the proposed visiting attorney.

WHEREFORE, undersigned counsel moves that the Court grant this motion and allow Todd M. Friedman to appear as counsel of record in the instant matter.

THE PLAINTIFFS
By /s/ Brenden P. Leydon
Brenden P. Leydon, Esq.
WOCL LEYDON, LLC
80 Fourth Street
Stamford, Connecticut 06905
Phone: (203) 333-3339
Fax: (203) 324-1407
Email: bleydon@woclleydon.com
Federal Bar No.: CT16026

*Pro Hac Vice Pending:*

Todd M. Friedman (SBN 216752)
*tfriedman@toddflaw.com*
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
21550 Oxnard Street, Suite 780
Woodland Hills, California 91367
Phone: (323) 306-4234
Fax: (866) 633-0228
Email: tfriedman@toddflaw.com

### CERTIFICATION OF SERVICE

I hereby certify that on this 23rd day of July, 2019, a copy of the foregoing Motion for Admission was filed electronically with the Clerk of the Court using the CM/ECF System. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

/s/ Brenden P. Leydon
Brenden P. Leydon, Esq.