## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**MARINA SOLIMAN**, on behalf of herself
and all others similarly situated,

      **Plaintiff,**

      vs.

**SUBWAY FRANCHISEE ADVERTISING
FUND TRUST LTD.**, and DOES 1 through 20,
inclusive, and each of them,

      **Defendants**

Case No.: 3:19-cv-00592-JAM

OCTOBER 15, 2019

## MOTION FOR ADMISSION

      Pursuant to Local Rule 83.1(d) the undersigned counsel, as a member of the Bar of this Court, moves that Adrian R. Bacon be permitted to represent Plaintiffs in this action as a visiting lawyer. This motion is being filed on consent from opposing counsel. In support of this motion, the undersigned sponsoring lawyer represents as follows:

      1.    Mr. Bacon is an attorney in good standing with the bar of the State of California. He is a partner at the Law Offices of Todd M. Friedman, P.C., located at 21550 Oxnard St., Suite 780, Woodland Hills, CA 91367; Tel. (323)306-4234; Fax (866)633-0228; email: abacon@toddflaw.com.

      2.    As the accompanying affidavit of Mr. Bacon demonstrates, he is a member in good standing of the bar of the State of California, State Bar No. 280332.

      3.    He has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing and has never been denied admission by, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an

application for admission to practice before this or any other court, while facing a disciplinary complaint.

4.     He has fully reviewed and is familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

5.     He has also designated me as his agent for the service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of his admission to this Court.

6.     I have been admitted to this Court since 1995, have an office in Stamford, Connecticut and I have litigated complex cases in this Court.  I will be the member of the bar of this Court upon whom service of all papers shall be made and, as noted above, will act as Mr. Friedman's agent for service of process.

7.     The granting of this motion will not require modification of a scheduling order entered pursuant to Fed. R. Civ. P. 16(b) or the deadlines established by the standing order on scheduling in civil cases.

8.     A payment of $75.00 to the Clerk of this Court is submitted to admit Mr. Bacon *pro hac vice*.

9.     This motion is accompanied by an Affidavit, duly sworn and executed by the proposed visiting attorney.

WHEREFORE, undersigned counsel moves that the Court grant this motion and allow Adrian R. Bacon to appear as counsel of record in the instant matter.

THE PLAINTIFFS
By */s/ Brenden P. Leydon*
Brenden P. Leydon, Esq. (CT 16026)
*bleydon@woclleydon.com*
**WOCL LEYDON LLC**
80 Fourth Street
Stamford, Connecticut 06905
Phone: (203) 333-3339
Fax: (203) 324-1407

*Pro Hac Vice Pending:*

Todd M. Friedman (SBN 216752)
*tfriedman@toddflaw.com*
Adrian R. Bacon (SBN 280332)
*abacon@toddflaw.com*
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
21550 Oxnard Street, Suite 780
Woodland Hills, California 91367
Phone: (323) 306-4234
Fax: (866) 633-0228

## CERTIFICATION OF SERVICE

I hereby certify that on this 15th day of October, 2019, a copy of the foregoing Motion for Admission was filed electronically with the Clerk of the Court using the CM/ECF System. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

*/s/ Brenden P. Leydon*
Brenden P. Leydon, Esq.