Civil- (Dec-2008)

HONORABLE: Jeffrey Alker Meyer
DEPUTY CLERK _____ RPTR/ECRO/TAPE Diana Huntington
TOTAL TIME: ___ hours 35 minutes
DATE: 11/1/2019   START TIME: 8:30 AM   END TIME: 9:05 AM
LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 19cv592

Soliman                                             Adrian R. Bacon
                                                    Plaintiff's Counsel
           vs
Subway et al                                        Brian T. Feeney
                                                    Defendant's Counsel

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing          [ ] Show Cause Hearing
[ ] Evidentiary Hearing     [ ] Judgment Debtor Exam
[ ] Miscellaneous Hearing

[✓] Doc #15  Motion to Compel Arbitration    [ ] granted [ ] denied [✓] advisement
[ ] …..# ___ Motion _____      [ ] granted [ ] denied [ ] advisement
[ ] …..# ___ Motion _____      [ ] granted [ ] denied [ ] advisement
[ ] …..# ___ Motion _____      [ ] granted [ ] denied [ ] advisement
[ ] …..# ___ Motion _____      [ ] granted [ ] denied [ ] advisement
[ ] …..# ___ Motion _____      [ ] granted [ ] denied [ ] advisement
[ ] …..# ___ Motion _____      [ ] granted [ ] denied [ ] advisement
[ ] …..       Oral Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] …..       Oral Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] …..       Oral Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] …..       Oral Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] …..       [ ] Briefs(s) due _____ [ ] Proposed Findings due _____ Response due _____
[ ] ………. _____    [ ] filed [ ] docketed
[ ] ………. _____    [ ] filed [ ] docketed
[ ] ………. _____    [ ] filed [ ] docketed
[ ] ………. _____    [ ] filed [ ] docketed
[ ] ………. _____    [ ] filed [ ] docketed
[ ] ………. _____    [ ] filed [ ] docketed
[ ] ………. _____ Hearing continued until _____ at _____

Notes: