UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARINA SOLIMAN
on behalf of herself and all others
similarly situated,
    *Plaintiff,*

v.                                                    Case No. 3:19-cv-00592-JAM

SUBWAY FRANCHISEE ADVERTISING
FUND TRUST, LTD., et al. and
DOES 1 through 20, inclusive, and each of them,
    *Defendants.*

## JUDGMENT

This matter came for consideration before the Honorable Jeffrey A. Meyer, United States

District Judge on defendant Subway Franchisee Advertising Fund Trust, LTD.'s motion to dismiss

(Doc. #59).

Judge Jeffrey Alker Meyer, having considered the full record of the case, entered an order

(Doc. #66) on July 18, 2022, granting the defendant's motion to dismiss. Therefore, it is hereby

ORDERED, ADJUDGED and DECREED that judgment is entered in favor of defendant

Subway Franchisee Advertising Fund Trust, LTD. against plaintiff Marina Soliman and the case

is closed.

Dated at New Haven, Connecticut, this 18th day of July 2022.

DINAH MILTON KINNEY, Clerk

By /s/ Donna Barry, Deputy Clerk

EOD:  07/18/2022